UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYUZANNA STEPANYA STEPANYAN, et al.,<br>Petitioners,<br>v.<br>U.S. ATTORNEY GENERAL, et al.,<br>Respondents. | Case No.: 26-CV-4175 JLS (MMP)<br>**ORDER GRANTING RESPONDENTS' EX PARTE MOTION TO DISMISS**<br>(ECF No. 8) |

Presently before the Court is Respondents' Ex Parte Motion to Dismiss ("Mot.," ECF No. 8). Petitioners filed a Petition for Writ of Mandamus seeking an order compelling Respondents to issue Notices to Appear ("NTAs"). ECF No. 1 at 2. But in July, a Border Patrol Agent issued and served NTAs for each Petitioner, and in September, the Immigration Court docketed these cases. Mot. at 1; *see also* Exs. 1, 2. Respondents thus claim that the Petition is moot. *Id.* at 2. Respondents have been unsuccessful in their attempts to confer with Petitioners' Counsel regarding a notice of voluntary dismissal. *Id.* And Petitioners have not responded to the Motion or otherwise moved in the nineteen days since it was filed. *See generally* Docket. The Court thus agrees that the Petition is moot and **GRANTS** the Motion (ECF No. 8).

/ / /

As this concludes the litigation in the matter, the Clerk of Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: November 10, 2026

Janis L. Sammartino
Hon. Janis L. Sammartino
United States District Judge